

# COURT OF APPEALS

| CATHERINE STONE | FOURTH COURT OF APPEALS DISTRICT | KEITH E. HOTTLE |
|---|---|---|
| CHIEF JUSTICE | CADENA-REEVES JUSTICE CENTER | CLERK OF |
| KAREN ANGELINI | 300 DOLOROSA, SUITE 3200 | COURT |
| SANDEE BRYAN MARION | SAN ANTONIO, TEXAS 78205-3037 | |
| MARIALYN BARNARD | WWW.4THCOA.COURTS.STATE.TX.US | |
| REBECA C. MARTINEZ | | TELEPHONE |
| PATRICIA O. ALVAREZ | | (210) 335-2635 |
| LUZ ELENA D. CHAPA | | |
| JUSTICES | | FACSIMILE NO. |
| | | (210) 335-2762 |

September 25, 2014

Kenneth Baker
115 E Travis st
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Susan D. Reed
District Attorney, Bexar County
Paul Elizondo Tower 1
101 W. Nueva suite 370
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-14-00297-CV
       Trial Court Case Number:    2012-JUV-01811
       Style:  In the Matter of F.A.S.


       Enclosed please find the order which the Honorable Court of Appeals has
issued in reference to the above styled and numbered cause.

       If you should have any questions, please do not hesitate to contact me.

                                    Very truly yours,
                                    KEITH E. HOTTLE, CLERK


                                    _____
                                    Luz Estrada
                                    Deputy Clerk, Ext. 3219




       cc: The Honorable Carmen Kelsey
       Monica  Crawford (DELIVERED VIA E-MAIL)
       Dinah L. Gaines (DELIVERED VIA E-MAIL)
       Anthony Cantu (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2014

No. 04-14-00297-CV

**IN THE MATTER OF F.A.S.,**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-JUV-01811
The Honorable Carmen Kelsey, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed in this appeal on July 2, 2014. On July 9, 2014, this court notified appellant that the brief was late. On July 21, 2014, this court granted appellant's motion requesting an extension of time to file his brief, extending the deadline to September 2, 2014. This court's order stated no further extensions of time would be granted absent extenuating circumstances. The brief was not filed by the extended deadline.

On September 8, 2014, this court ordered appellant's brief be filed in this court no later September 18, 2014. The order stated that if appellant's brief was not filed by September 18, 2014, this appeal would be abated to the trial court for an abandonment hearing, and the trial court would be requested to consider whether sanctions should be imposed against appellant's appointed attorney. The brief has not been filed.

It is therefore ORDERED that this appeal is ABATED to the trial court, and the trial court is ORDERED to conduct a hearing to answer the following questions:

(1) Does appellant desire to prosecute his appeal?

(2) Is appellant indigent? If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

(3) Has appointed or retained counsel abandoned the appeal? Because sanctions may be necessary, the trial court should address this issue even if new counsel is retained or substituted before the date of the hearing.

The trial court may, in its discretion, receive evidence on the first two questions by sworn affidavit from the appellant. The trial court shall, however, order the appellant's counsel to be present at the hearing.

The trial court is further ORDERED to file supplemental clerk's and reporter's records in this court, no later than October 24, 2014, which shall include: (1) a transcription of the hearing and copies of any documentary evidence admitted, (2) written findings of fact and conclusions of law, and (3) recommendations addressing the above enumerated questions.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court